UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20298-CR-SMITH

UNITED STATES OF AMERICA,

v.

MICHAEL CLIFFORD LAMADIEU,

      **Defendant.**

_____/

**FACTUAL PROFFER**

      The United States of America and Michael Clifford Lamadieu (the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt, all of which occurred in the Southern District of Florida:

      On or about September 13, 2021, the Defendant sent text messages and a video message, which advertised a rifle the Defendant had for sale, to a confidential informant (the "CI"), who was working under the direction of HSI special agents. The video the Defendant sent the CI contained a recording of a rifle being held in a person's lap. The accompanying text messages read, "This bitch way nicer then the ones u got from me last time," and "This the ar pistol shoots 223 an 556." Three days later, the CI purchased this rifle from the Defendant.

      On or about September 16, 2021, the CI went to the Defendant's residence to purchase the rifle. Inside the Defendant's residence, the Defendant gave the rifle to the CI in exchange for $1,650. The rifle was loaded with a magazine that contained twenty-nine rounds of ammunition. Law enforcement determined that this rifle, manufactured by Matrix Aerospace Corp. and bearing serial number SC556-12523, as well as the twenty-nine rounds of ammunition, were manufactured

outside of the state of Florida, and thus traveled in or affected interstate or foreign commerce.

Prior to possessing the firearm on September 16, 2021, the Defendant had been convicted of a felony, punishable by imprisonment for a term exceeding one year. Specifically, in 2007, the Defendant was convicted for possession of a firearm by a convicted felon or delinquent. Furthermore, the Defendant knew that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year because he served three years in prison for that offense.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove the count charged in the Indictment beyond a reasonable doubt.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/20/2022    By: _____
                        KEVIN D. GERARDE
                        SPECIAL ASSISTANT UNITED STATES
                        ATTORNEY

Date: 12/5/22       By: _____
                        MICHAEL ENTIN, ESQ.
                        COUNSEL FOR DEFENDANT

Date: 12-5-2022     By: _____
                        MICHAEL CLIFFORD LAMADIEU
                        DEFENDANT